## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

FRANK E. BEISHLINE AND SANDRA Z.
BEISHLINE, HUSBAND AND WIFE;
PHILLIP M. BALISLE AND PATRICIA E.
BALISLE, TRUSTEES OF THE PHILLIP M.
BALISLE REVOCABLE TRUST DATED
JULY 15, 2016; FCRAVEN, LLC; CLYDE
BARTHOLOMEW, JR. AND JUDITH M.
BARTHOLOMEW, HUSBAND AND WIFE;
LAURIE WURSTER TRUST; DONALD J.
BOWMAN AND KATHY BOWMAN,
HUSBAND AND WIFE; DALE G. MOORE
AND SUZANNE MOORE, HUSBAND AND
WIFE; A STILLWATER HOLDINGS, LLC.,

　　　　　Petitioners

　　　v.

DEPARTMENT OF ENVIRONMENTAL
PROTECTION; DEPARTMENT OF
CONSERVATION & NATURAL
RESOURCES; AND THE PENNSYLVANIA
FISH AND BOAT COMMISSION,

　　　　　Respondents

: No. 628 MAL 2021
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

　　　**AND NOW**, this 16th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.